AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE         DISTRICT OF   ALABAMA

Kenneth Rouse

V.

CACV of Colorado, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv339-WHA

TO: (Name and address of defendant)
CACV of Colorado LLC
c/o National Registered Agents
1535 Grant Street, Suite 5000
Denver, CO 80202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                4·14·06

CLERK                                           DATE

(BY) DEPUTY CLERK