| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Shannon Denham* ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery 5/2/06 |
| 1. Article Addressed to:<br><br>CACV of Colo<br>c/o Nat'l Reg. Agts<br>1535 Grant<br>Denver Co 80203 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0004 6820 4899 |

PS Form 3811, August 2001    Domestic Return Receipt    06-339    102595-02-M-1035