**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CACV of Colorado, LLC
   c/o National registered Agents
   1535 Grant Street, Suite 5000
   Denver, CO 80202

2. Article Number
   (Transfer from service label)

   7005 1160 0004 6820 4897

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Ramona Brooks
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )
   Rouse

C. Date of Delivery
   5/2

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☒ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

PS Form 3811, February 2004    Domestic Return Receipt    06-339    102595-02 M-1540