IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH ROUSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 2:06cv339-WHA |
| CACV OF COLORADO, LLC, ) | |
| ) | |
| Defendant. ) | |

## CORPORATE DISCLSOURE STATEMENT

COMES NOW THE DEFENDANT, CAVC of Colorado, LLC, and in compliance with FRCP 7.1 does make the following disclosure:

1. Parent corporation owning 10% or more of the stock of the defendant: Collect America.

2. Publicly held companies owning 10% or more of the stock of the defendant: none.

/s/ Neal D. Moore, III
Neal D. Moore, III (MOO073)
*Attorney for CACV of Colorado, LLC*

OF COUNSEL:

**FERGUSON, FROST & DODSON, LLP**
Post Office Box 430189
Birmingham, Alabama  35243
205-879-8722 - phone
205-873-8831 – fax

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 12th day of May, 2006, served a copy of the foregoing pleading electronically via CM/ECF system on the following counsel of record:

K. Anderson Nelms
Post Office Box 5059
Montgomery, Alabama 36103
*Attorney for Plaintiff*

                                              /s/   Neal D. Moore, III
                                              OF COUNSEL

130166