IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH ROUSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 2:06cv339-WHA |
| CACV OF COLORADO, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Kenneth W. Rouse, by and through counsel Anderson K. Nelms, and the Defendant, CACV of Colorado, by and through counsel Neal D. Moore, III, and jointly request this Honorable Court to dismiss this cause of action, with prejudice, costs taxed as paid. In support of this motion, the parties represent unto the Court that they have resolved all disputes asserted or assertable between them in this matter through a separate agreement.

WHEREFORE, premises considered, the parties respectfully request this Honorable Court to this case, with prejudice, costs taxed as paid.

_____
K. Anderson Nelms
LAW OFFICES OF JAY LEWIS, LLC
Post Office Box 5059
Montgomery, Alabama 36103
*Attorney for Plaintiff*

_____
Neal D. Moore, III
Ferguson, Frost, & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
*Attorney for Merchants' Credit Guide*

143173