IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH ROUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv339-WHA |
| | ) |
| CACV OF COLORADO, LLC, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #12), filed by the parties on February 23, 2007, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, costs taxed as paid.

DONE this 26th day of February, 2007.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE